### 15340.   HARP *v.* THE STATE.

BLOODWORTH, J.   There is no merit in any of the special grounds of the motion for a new trial. There is some evidence to support the finding of the jury, and the motion for a new trial was properly overruled. See *Lindsay* v. *State*, 32 *Ga. App.* 74 (122 S. E. 649).

> *Judgment affirmed.   Broyles, C. J., and Luke, J., concur.*

> DECIDED APRIL 16, 1924.

Indictment for manufacture of liquor; from Macon superior court—Judge Littlejohn.   December 12, 1923.

*J. J. Bull & Son,* for plaintiff in error.

*Jule Felton, solicitor-general,* contra.

---

### 15346.   BISHOP *v.* THE STATE.

BROYLES, C. J.   The motion for a new trial contained the usual general grounds only; the verdict was authorized by the evidence, and the overruling of the motion for a new trial was not error.

> *Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

> DECIDED APRIL 16, 1924.   REHEARING DENIED MAY 14, 1924.

Accusation of abandonment of children; from city court of Griffin—Judge Darsey.   December 22, 1923.

*John R. Cooper, W. O. Cooper Jr.,* for plaintiff in error.

*W. H. Connor, solicitor, C. A. Byars,* contra.